```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

GABRIEL MALUAL                                                PLAINTIFF

VS.                                   CIVIL ACTION NO. 5:11cv155DCB-JMR

SOUTH DELTA SCHOOL DISTRICT                                   DEFENDANT

### ORDER

This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed without prejudice for the Plaintiff's failure to prosecute and failure to comply with 41(b) of the Federal Rules of Civil Procedure.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the  18th  day of March, 2013.

                                           s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE